IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:02-cr-00110 |
| v. | ) | |
| | ) | Judge Nixon |
| ANTONIO JONES | ) | |

## ORDER

Pending before the Court is Defendant Antonio Jones's Motion for Modification or Reduction of Sentence ("Motion"), filed pro se on July 14, 2008. (Doc. No. 105.) The Court thereafter appointed the Federal Public Defenders Office to represent Mr. Jones with respect to the Motion. (Doc. No. 106.) On April 1, 2013, Mr. Jones's counsel filed a Memorandum in Support of his Motion. (Doc. No. 120.) To date, the Government has not filed a response to the Motion. The Court hereby **ORDERS** the Government to file a response to Mr. Jones's Motion within thirty days from the entry of this Order.

It is so ORDERED.

Entered this the 18 day of April, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT